UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:

MICHAEL WAJCHERT, SR.
AMANDA WAJCHERT
Debtor(s)

Case No. 09-48814

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 12/28/2009.

2)  The plan was confirmed on 03/11/2010.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4)  The trustee filed action to remedy default by the debtor in performance under the plan on 05/09/2011.

5)  The case was converted on 05/23/2011.

6)  Number of months from filing to last payment: 12.

7)  Number of months case was pending: 18.

8)  Total value of assets abandoned by court order: NA .

9)  Total value of assets exempted: $3,856.52.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $8,772.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $8,772.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,475.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $472.08 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,947.08

Attorney fees paid and disclosed by debtor:   $1,025.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALL TILE | Unsecured | 5,831.45 | 5,139.79 | 5,139.79 | 0.00 | 0.00 |
| ALLY FINANCIAL | Unsecured | 30,000.00 | 12,862.23 | 12,862.23 | 0.00 | 0.00 |
| AMERICAN MARKETING & PUB | Unsecured | 3,773.57 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 350.00 | 357.86 | 357.86 | 0.00 | 0.00 |
| ASSOCIATED UROLOGICAL SPEC | Unsecured | 23.01 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 3,592.47 | 3,388.79 | 3,388.79 | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 697.73 | 697.73 | 697.73 | 0.00 | 0.00 |
| BIEHL & BIEHL | Unsecured | 2,490.75 | NA | NA | 0.00 | 0.00 |
| BLITT & GAINES | Unsecured | 3,722.51 | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 26,936.00 | 27,288.14 | 27,288.14 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 6,520.37 | 10,237.57 | 10,237.57 | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 1,253.50 | 1,253.50 | 1,253.50 | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 |
| COUNTRY COMPANIES INSURANCE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CR EVERGREEN LLC | Unsecured | 12,344.57 | 21,779.29 | 21,779.29 | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 226.04 | NA | NA | 0.00 | 0.00 |
| DAL TILE CORP | Unsecured | 11,626.22 | NA | NA | 0.00 | 0.00 |
| DR KIRCHNER | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| EM STRATEGIES LTD | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| ERICKSONS FLOORING | Unsecured | 8,999.97 | NA | NA | 0.00 | 0.00 |
| FIRST PLACE BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FIRST PLACE BANK | Secured | 14,000.00 | 1,577.03 | 1,577.03 | 1,577.03 | 0.00 |
| HARRIS BANK | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| HERREGAN DISTRIBUTORS INC | Unsecured | 5,822.59 | 5,822.59 | 5,822.59 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 11,000.00 | 10,891.74 | 10,891.74 | 0.00 | 0.00 |
| JAMES E HEARNS AND ASSOC | Unsecured | 6,280.92 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 500.25 | NA | NA | 0.00 | 0.00 |
| LIQUIDEBT SYS | Unsecured | 736.00 | NA | NA | 0.00 | 0.00 |
| MARKLZ OFFICE SUPPLY | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

Case 09-48814    Doc 40    Filed 06/23/11    Entered 06/23/11 07:02:47    Desc    Page 3 of 4

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MEDICAL REIMBURSEMENT SPECIA | Unsecured | 23.01 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 4,530.24 | 4,946.00 | 4,946.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,229.90 | 1,642.16 | 1,642.16 | 0.00 | 0.00 |
| MINUTE CLINIC | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| MOHAWK CARPET & AFFILIATES | Unsecured | 19,000.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 285.56 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1,084.26 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1,823.57 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 3,001.90 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 359.10 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY & LAB CONSULTANTS S | Unsecured | 268.75 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Unsecured | 188.16 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| RECOVERY MANAGEMENT SYSTEM | Unsecured | 1,239.36 | 1,588.98 | 1,588.98 | 0.00 | 0.00 |
| RIVERSIDE FURNITURE | Unsecured | 507.55 | 514.66 | 514.66 | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 751.25 | 751.25 | 751.25 | 0.00 | 0.00 |
| TRACKERS INC | Unsecured | 760.00 | 1,120.00 | 1,120.00 | 0.00 | 0.00 |
| US BANK | Unsecured | NA | 583.46 | 583.46 | 0.00 | 0.00 |
| US BANK | Secured | 7,000.00 | 7,000.00 | 7,000.00 | 3,014.10 | 233.79 |
| WALTERS TILE & SUPPLY | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $2,577.03 | $2,577.03 | $0.00 |
|     Debt Secured by Vehicle | $7,000.00 | $3,014.10 | $233.79 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,577.03** | **$5,591.13** | **$233.79** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $10,891.74 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$10,891.74** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$99,974.00** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | |
|---|---:|
| Expenses of Administration | $2,947.08 |
| Disbursements to Creditors | $5,824.92 |
| **TOTAL DISBURSEMENTS** : | **$8,772.00** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/22/2011          By: /s/ Glenn Stearns
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**